IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED

OCT 2 4 2016

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v().

TAYANE F. BECKER

Case No. 2:16mj431

Court Date: December 5, 2016

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) - Violation No. 6883903

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 12, 2016, at the Naval Exchange at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, TAYANE F. BECKER, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor) - Violation No. 6883902

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 12, 2016, at the Naval Exchange at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, TAYANE F. BECKER, did willfully contribute to, encourage, or cause an act, omission, or condition which rendered a child delinquent, or in need of services or supervision.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-371.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

24 October 2016
_____
Date

2